GEORGE SPRAGG *v.* CITY OF WEST HAVEN

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 265, is denied.

*Peter F. Culver,* in support of the petition.

Decided March 26, 1986

ROBERT E. DIMEO *v.* BURNS, BROOKS & MCNEIL, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 241, is denied.

*Herbert Watstein,* in support of the petition.

*Joseph T. Sweeney,* in opposition.

Decided March 26, 1986

CARLTON KRAFT *v.* JOSEPH MAILE

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 628, is denied.

*Joseph Maile,* pro se, in support of the petition.

Decided March 26, 1986

ROCCO D'AGOSTINO *v.* ANGELINA D'ADDIO

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 187, is denied.

*Robert J. Nichols,* in support of the petition.

Decided April 8, 1986